**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01635-CV

### WESTERN PROFESSIONAL HOCKEY LEAGUE, INC.
### D/B/A CENTRAL HOCKEY LEAGUE, ET AL., Appellants

### V.

### BRIAN MCKENNA, ET AL., Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-05044

## ORDER

We **GRANT** appellants' December 18, 2013 unopposed motion for an extension of time

to file a brief.  Appellants shall file their brief on or before January 13, 2014.


/s/     ELIZABETH LANG-MIERS
        JUSTICE